IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01455-RPM

STATE FARM FIRE AND CASUALTY COMPANY,
Individually and as Subrogee of Randy and Kimberly Weir,

        Plaintiffs,

v.

THE HOLMES GROUP, INC.,

        Defendant.

**Minute Order Entered by Senior District Judge Richard P. Matsch:**

s/M. Virginia Wentz
    Secretary

    Plaintiffs' counsel Kenneth Gulley having orally advised the Court that this case has been settled, the scheduling conference set for October 21, 2005, is vacated.  Counsel shall submit settlement papers by November 2, 2005.

Dated:   October 19, 2005