UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NUMBER: 05-CV-1455-RPM-BNB

STATE FARM FIRE AND CASUALTY COMPANY, Individually and as Subrogee of Randy and Kimberly Weir,

    Plaintiffs,

vs.

THE HOLMES GROUP, INC.

    Defendant.

## [proposed] ORDER GRANTING
## MOTION TO AMEND OCTOBER 19, 2005 MINUTE ORDER

THIS MATTER comes before the Court on the parties' Joint Status Report and Motion to Amend October 19, 2005 Minute Order. Having considered this Motion, the applicable law, and being otherwise fully advised in the premises, the Court hereby grants the motion. The parties shall have up to and including November 16, 2005 within which to submit all settlement papers to the Court.

SO ORDERED this 3rd day of November, 2005.

BY THE COURT:

/s/ Paul C. Wtah [signature]

Hon. Richard P. Matsch
Senior District Judge