IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01455-RPM

STATE FARM FIRE AND CASUALTY COMPANY,
Individually and as Subrogee of Randy and Kimberly Weir,

       Plaintiffs,

v.

THE HOLMES GROUP, INC.,

       Defendant.

---

## ORDER OF DISMISSAL

---

Pursuant to the Stipulation of Dismissal with Prejudice, filed on November 18, 2005, it is

ORDERED that the complaint and action are dismissed with prejudice, each party to pay its own costs, attorney's fees, and expenses.

Dated: November 18, 2005

       BY THE COURT:

       s/Richard P. Matsch

       _____
       Richard P. Matsch, Senior District Judge